# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                Tel: 718-740-1000
Email: abdul@abdulhassan.com              Fax: 718-740-2000
*Employment and Labor Lawyer*               Web: www.abdulhassan.com

August 11, 2020

Via ECF

Hon. Ona T. Wang, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

**Memo Endorsed**

**Re: Rivera v. NYC Motorcars Corporation et al**
Case No: 20-CV-02701 (JMF)(OTW)
Motion to Adjourn Conference

Dear Magistrate-Judge Wang:

      My firm represents plaintiff in the above-referenced action, and I respectfully write with the consent of all parties to request a three-week adjournment of the August 12, 2020 pre-settlement conference. This request is being made because some additional time is needed to review the documents produced and for the parties to explore settlement. No prior request for an adjournment of this conference was made.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

**Application Granted.**
A rescheduled conference will be held on September 17, 2020.
**SO ORDERED.**

_____
Ona T. Wang            8/12/20
U.S. Magistrate Judge

1