# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

October 23, 2020

Via ECF

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel:  212-805-0282

<u>Re: Rivera v. NYC Motorcars Corporation et al</u>
Case No.  20-CV-02701 (JMF)(OTW)
Motion to Adjourn and Status Report

Dear Judge Furman:

My firm represents plaintiff in the above-referenced action, and I represent fully write to provide the Court with a status report. On September 29, 2020, Magistrate-Judge Wang referred the case to the SDNY Mediation program (ECF No. 24), and we are in the process of scheduling the first mediation session. As such, we respectfully request that all appearances and deadlines be held in abeyance until 10 days after the completion of mediation. If the case is settled, we will promptly notify the Court.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:     Defense Counsel via ECF

Application GRANTED in part.  The pretrial conference scheduled for October 27, 2020, *see* ECF No. 14, is adjourned to December 22, 2020, at 3:00 p.m.  If the mediation is completed before December 7, 2020, the parties shall inform the Court within one week of the completion of mediation and shall propose whether the date of the pretrial conference should be advanced.  If the mediation is not completed by December 7, 2020, the parties may file a letter motion seeking a further adjournment.

SO ORDERED.

October 26, 2020