# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**January 13, 2021**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0282

<u>**Re: Rivera v. NYC Motorcars Corporation et al**</u>
Case No. 20-CV-02701 (JMF)(OTW)
Motion for Extension of Time

Dear Judge Furman:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 13, 2021 deadline for Plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement agreement. No prior request for an extension of this deadline was made.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

Application GRANTED *nunc pro tunc*. The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

*[signature]*

January 14, 2021

1